UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE FLORES,<br><br>                        Plaintiff,<br><br>vs.<br><br>TERANCE M. RYAN,<br><br>                       Defendant. | NO.  CV-09-316-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE |

      Magistrate Judge Hutton filed a Report and Recommendation on December 15, 2009, recommending Mr. Flores's action be dismissed without prejudice as he failed to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.  Documents sent to Mr. Flores at the Spokane County Jail have been returned as undeliverable.  Plaintiff has not kept the court apprised of a current address.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The action is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file.  The court finds an appeal of this Order would not be taken in good faith.

      **DATED** this   14th   day of January 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER -- 1