AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOSE FLORES,

Plaintiff,

v.

TERANCE M. RYAN,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-316-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

January 14, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Karen White
*(By) Deputy Clerk*
Karen White